UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN DOE,

                Plaintiff,                  Civil Case No: 18-cv-11501

-against-

LANDRY'S, INC.,
B.R. GUEST HOLDINGS, LLC,
B.R. GUEST, LLC,
SPH RESTAURANT ENTERPRISES INC. A/K/A B.R.
GUEST, INC., D/B/A ATLANTIC GRILL
HEATH SAUNDERS, individually,

                Defendants.
------------------------------------------------------------X

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** Plaintiff, by and through his Attorneys DEREK SMITH LAW GROUP, PLLC, will move before the United States District Court for the Southern District of New York for an Order permitting Plaintiff to proceed anonymously and maintain his name as "John Doe" in the caption.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiff submits the accompanying Memorandum of Law.

Dated: New York, New York
       December 11, 2018

                                              DEREK SMITH LAW GROUP, PLLC
                                                 *Attorneys for Plaintiff*

                            By:      /s/ Abe Melamed
                                  Abraham Z. Melamed, Esq.
                                  1 Penn Plaza, Suite 4905
                                  New York, New York 10119
                                  (212) 587-0760