**Fox Rothschild** LLP
ATTORNEYS AT LAW

101 Park Avenue, 17th Floor
New York, NY 10178
Tel (212) 878-7900  Fax (212) 692-0940
www.foxrothschild.com

ALEXANDER W. BOGDAN
Direct No: 212.878.7941
Email: ABogdan@FoxRothschild.com

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 12-23-19

December 23, 2019

**VIA ECF**

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
Room 2220
New York, New York 10007

**Re:**   *John Doe v. 48-50 West 65th Street, LLC, et al., 18-cv-11501-LAP*
     **Request for Adjournment of January 14, 2020 Initial Pretrial Conference**

Dear Judge Preska:

We represent 48-50 West 65th Street, LLC ("Atlantic Grill"), a defendant in the above-referenced action and write to request an adjournment of the Initial Pretrial Conference scheduled for January 14, 2020 as counsel for Atlantic Grill is scheduled to appear at a mediation in another matter on that date. Plaintiff's counsel has consented to this request. Plaintiff's counsel and counsel for Atlantic Grill would be available for a conference the following morning, January 15, 2020 at 9:30 or 10:00 a.m., or the next available date on the Court's calendar in January, other than January 21, 2020. The other defendant in this action, Heath Saunders, has not yet appeared. This is the first request of an adjournment of this date and this adjournment will not affect any other scheduled dates in this matter. Thank you for your consideration of this request.

**The conference is adjourned to** January 15 at 9:30

Respectfully submitted,

/s/Alexander W. Bogdan

Alexander W. Bogdan

SO ORDERED

cc: All Counsel of Record (via ECF)

12/23/19

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota   Nevada
New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Virginia   Washington

Active\106309654.v1-12/23/19