UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

        Plaintiff,

-versus-

48-50 WEST 65th STREET LLC, et al.,

        Defendants.

18 Civ. 11501 (LAP)

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

    The Clerk of the Court shall mail a copy of the Court's March 2, 2020 scheduling order [dkt. no. 76] and a copy of this order to Defendant Heath Saunders. Mr. Saunders is reminded of his obligation to keep the Court informed of his current address.

**SO ORDERED.**

Dated:    March 6, 2020
             New York, New York

                                              LORETTA A. PRESKA
                                              Senior U.S District Judge