```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JOHN DOE,<br><br>   Plaintiff,<br><br> -versus-<br><br>LANDRY'S, INC., et al.,<br><br>   Defendants. | 18 Civ. 11501 (LAP)<br><br><u>ORDER</u> |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

  The Court will hold a telephonic settlement conference on Wednesday, July 22 at 12:00 p.m.  The dial-in for the call is 888-363-4734, access code: 4645450.

**SO ORDERED.**

Dated: July 20, 2020
    New York, New York

*(signed)* Loretta A. Preska
_____
LORETTA A. PRESKA, U.S.D.J.