```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JOHN DOE,<br><br>          Plaintiff,<br><br>     -versus-<br><br>LANDRY'S, INC., et al.,<br><br>          Defendants. | 18 Civ. 11501 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

     The Court will resume the telephonic settlement conference with the parties on Thursday, August 6 at 12:00 p.m.  The dial-in for the call is 888-363-4734, access code: 4645450.

**SO ORDERED.**

Dated:   July 23, 2020
        New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.