```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JOHN DOE,

        Plaintiff,              18 Civ. 11501 (LAP)

  -versus-                      ORDER

LANDRY'S, INC., et al.

        Defendant.

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The telephonic settlement conference currently scheduled for August 6 is adjourned to August 19 at 1:00 p.m.  The dial in for the conference will be (888) 363-4734, access code: 4645450.

**SO ORDERED.**

Dated:  August 5, 2020
       New York, New York

                                        *Loretta A. Preska*
                                      _____
                                      LORETTA A. PRESKA, U.S.D.J.