```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JOHN DOE,<br><br>       -versus-<br><br>48-50 WEST 65th STREET, LLC, et al.,<br><br>              Defendants. | 18-CV-11501 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

The Court will resume today's telephonic settlement conference on October 2, 2020, at 1:00 p.m.  The dial-in for the conference will be (888) 363-4734, access code: 4645450.

**SO ORDERED.**

Dated:  August 26, 2020
        New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.