```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
----------------------------------

JOHN DOE,

        Plaintiff,

   -against-

48-50 WEST 65TH STREET, LLC, individually and d/b/a ATLANTIC GRILL, and HEATH SAUNDERS,

        Defendants.

No. 18-CV-11501 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The parties have not reached a settlement.

    Counsel shall confer and, in light of the passage of time, submit an amended discovery plan.

SO ORDERED.

Dated:  October 6, 2020
       New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.